UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>          Plaintiffs,<br><br>v.<br><br>MELISSA NANCE,<br><br>          Defendant. | Case No.: 8:08-cv-01256-EAK-TBM |

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Plaintiffs' Application For Default Judgment By The Court is hereby granted.

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Six Hundred Twenty Dollars ($620.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing

Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "How High," on album "Blackout!," by artist "Method Man & Redman" (SR# 271-723);
- "Still D.R.E.," on album "2001," by artist "Dr. Dre" (SR# 277-983);
- "Tom Sawyer," on album "Moving Pictures," by artist "Rush" (SR# 25-005);
- "Aquemini," on album "Aquemini," by artist "Outkast" (SR# 264-092);
- "Bullet Proof... I Wish I Was," on album "The Bends," by artist "Radiohead" (SR# 280-260);
- "Dopeman," on album "Straight Outta Compton," by artist "NWA" (SR# 150-531);
- "Look Into My Eyes," on album "Art Of War," by artist "Bone Thugs-N-Harmony" (SR# 240-553);
- "You Can Do It," on album "War & Peace: Vol. 2," by artist "Ice Cube" (SR# 287-151).

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

The Clerk of Court is directed to close this file upon entry of the judgment and to terminate any pending motions.

DONE AND ORDERED in Tampa, Florida this 11th day of June, 2009 .

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

cc: Chaila D. Restall, Esq.

Melissa Nance
10022 Maybrook Court
New Port Richey, FL 34654